[No. 57842-1-I. Division One. December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC JOHN KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09078-9, Douglas D. McBroom, J., entered February 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57957-6-I. Division One. December 26, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-00089-0, Suzanne M. Barnett, J., entered March 30, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 56282-7-I; 54414-4-I; Division One. December 26, 2006.] 49976-9-I.

ANN STOCKTON ET AL., *Respondents*, v. NENADIC INVESTMENTS, LTD., ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 00-2-00975-3, James H. Allendoerfer, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Ellington, J.

[Nos. 56758-6-I; 57693-3-I. Division One. December 26, 2006.]

*In the Matter of the Estate of* MICHAEL D. GINSBERG.

MELISSA LEGER, *Appellant*, v. SHARAD MATHUR ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 01-4-05243-5, Linda Lau, J., entered July 20, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox and Dwyer, JJ.